**Bottling Group, LLC**
One Pepsi Way
Somers, NY 10589-0000

| | | | | |
|---|---|---|---|---|
| **Name** | : Caperton, Timmie W. | **Payroll Area Desc** | : | Weekly Hourly |
| **Address** | : 5115 W. Legrande | **Payroll Period** | : | 06/22/2014 to 06/28/2014 |
| | Indianapolis IN 46241 | **Pay Date** | : | 07/03/2014 |

| Tax Authority | Filing Status | Allowances | Addl Amt |
|---|---|---|---|
| FED | Married | 01 | |
| IN | Married | 01 | |

**Personnel ID** : 11401116
**Cost Center** : Z2748100
**Payroll Area** : U0

| | Check Date | Gross Wages | - | Taxes | - | Deductions | = | Net Wages |
|---|---|---|---|---|---|---|---|---|
| Current | 07/03/2014 | 892.54 | | 192.78 | | 80.00 | | 619.76 |
| Year to Date | | 21,198.83 | | 4,461.71 | | 1,062.00 | | 15,675.12 |

| Taxable Earnings | | | Current Period | | | Year to Date | |
|---|---|---|---|---|---|---|---|
| | Retro Period | Rate | Hours | Amount | | Hours | Amount |
| 1100 Regular Pay | | 17.85 | 46.00 | 821.10 | | 903.25 | 15,971.22 |
| 1111 OT Half Time | | 8.93 | 8.00 | 71.44 | | 85.50 | 756.47 |
| 1110 OT Double Time NRA | | | | | | 31.25 | 551.94 |
| 1128 Vacation Amount | | | | | | | 107.20 |
| 1257 Holiday Pay Hrs | | | | | | 28.00 | 494.80 |
| 1258 Floating Holiday Pay | | | | | | 24.00 | 422.40 |
| 1261 Vacation Pay Hrs | | | | | | 160.00 | 2,894.80 |
| **Total Taxable Earnings** | | | 54.00 | 892.54 | | 1,232.00 | 21,198.83 |

| Post Tax Deductions | Retro Period | | | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| 2557 Multi ER Un Hlth After Tx | | | | 35.00 | 747.00 |
| 3300 Union D 135I So IN/Indy | | | | 45.00 | 315.00 |
| **Total Post Tax Deductions** | | | | 80.00 | 1,062.00 |

| Employee Tax Deductions | Retro Period | | Current Period | | Year to Date | |
|---|---|---|---|---|---|---|
| | | | Tax | Tax Gross | Tax | Tax Gross |
| **Federal** | Federal | | | | | |
| Withholding Tax | | | 80.66 | 892.54 | 1,800.93 | 21,198.83 |
| EE Social Security Tax | | | 55.34 | 892.54 | 1,314.33 | 21,198.83 |
| EE Medicare Tax | | | 12.94 | 892.54 | 307.38 | 21,198.83 |
| **State** | Indiana | | | | | |
| Withholding Tax | | | 29.69 | 892.54 | 703.76 | 21,198.83 |
| **County** | Marion | | | | | |
| Withholding Tax | | | 14.15 | 892.54 | 335.31 | 21,198.83 |
| **Total Tax Deductions** | | | 192.78 | | 4,461.71 | |

**Check/Transfer Information**

| Bank Number | Bank Name | Account Number | Payment Method | Check/Direct Dep. No. | Amount |
|---|---|---|---|---|---|
| 074000078 | THE HUNTINGTON NATIONAL BANK | XXXX6162 | Bank transfer | 1140111600039001 | 619.76 |



**Bottling Group, LLC**
One Pepsi Way
Somers, NY 10589-0000



| Name | : Caperton, Timmie W. |
|---|---|
| Address | : 5115 W. Legrande |
|  | Indianapolis IN 46241 |
| Personnel ID | : 11401116 |
| Cost Center | : Z2748100 |
| Payroll Area | : U0 |

| Payroll Area Desc | : Weekly Hourly |
|---|---|
| Payroll Period | : 06/15/2014 to 06/21/2014 |
| Pay Date | : 06/27/2014 |

| Tax Authority | Filing Status | Allowances | Addl Amt |
|---|---|---|---|
| FED | Married | 01 | |
| IN | Married | 01 | |

|  | Check Date | Gross Wages | - | Taxes | - | Deductions | = | Net Wages |
|---|---|---|---|---|---|---|---|---|
| Current | 06/27/2014 | 611.46 | | 115.00 | | 57.00 | | 439.46 |
| Year to Date | | 20,306.29 | | 4,268.93 | | 982.00 | | 15,055.36 |

| Taxable Earnings | | | | Current Period | | Year to Date | |
|---|---|---|---|---|---|---|---|
| | Retro Period | Rate | Hours | Amount | Hours | Amount |
| 1100 Regular Pay | | 17.85 | 28.25 | 504.26 | 857.25 | 15,150.12 |
| 1128 Vacation Amount | | | | 107.20 | | 107.20 |
| 1110 OT Double Time NRA | | | | | 31.25 | 551.94 |
| 1111 OT Half Time | | | | | 77.50 | 685.03 |
| 1257 Holiday Pay Hrs | | | | | 28.00 | 494.80 |
| 1258 Floating Holiday Pay | | | | | 24.00 | 422.40 |
| 1261 Vacation Pay Hrs | | | | | 160.00 | 2,894.80 |
| **Total Taxable Earnings** | | | 28.25 | 611.46 | 1,178.00 | 20,306.29 |

| Post Tax Deductions | Retro Period | | | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| 2557 Multi ER Un Hlth After Tx | | | | 57.00 | 712.00 |
| 3300 Union D 135I So IN/Indy | | | | | 270.00 |
| **Total Post Tax Deductions** | | | | 57.00 | 982.00 |

| Employee Tax Deductions | Retro Period | | Current Period | | Year to Date | |
|---|---|---|---|---|---|---|
| | | | Tax | Tax Gross | Tax | Tax Gross |
| **Federal** | Federal | | | | | |
| Withholding Tax | | | 38.50 | 611.46 | 1,720.27 | 20,306.29 |
| EE Social Security Tax | | | 37.91 | 611.46 | 1,258.99 | 20,306.29 |
| EE Medicare Tax | | | 8.86 | 611.46 | 294.44 | 20,306.29 |
| **State** | Indiana | | | | | |
| Withholding Tax | | | 20.14 | 611.46 | 674.07 | 20,306.29 |
| **County** | Marion | | | | | |
| Withholding Tax | | | 9.59 | 611.46 | 321.16 | 20,306.29 |
| **Total Tax Deductions** | | | 115.00 | | 4,268.93 | |

**Check/Transfer Information**

| Bank Number | Bank Name | Account Number | Payment Method | Check/Direct Dep. No. | Amount |
|---|---|---|---|---|---|
| 074000078 | THE HUNTINGTON NATIONAL BANK | XXXX6162 | Bank transfer | 1140111600038001 | 439.46 |



**Bottling Group, LLC**
One Pepsi Way
Somers, NY 10589-0000

| Name | : Caperton, Timmie W. |
|---|---|
| Address | : 5115 W. Legrande |
|  | Indianapolis IN 46241 |
| Personnel ID | : 11401116 |
| Cost Center | : Z2748100 |
| Payroll Area | : U0 |

| Payroll Area Desc | : Weekly Hourly |
|---|---|
| Payroll Period | : 06/08/2014 to 06/14/2014 |
| Pay Date | : 06/20/2014 |

| Tax Authority | Filing Status | Allowances | Addl Amt |
|---|---|---|---|
| FED | Married | 01 |  |
| IN | Married | 01 |  |

|  | Check Date | Gross Wages | - | Taxes | - | Deductions | = | Net Wages |
|---|---|---|---|---|---|---|---|---|
| Current | 06/20/2014 | 714.00 |  | 143.39 |  | 35.00 |  | 535.61 |
| Year to Date |  | 19,694.83 |  | 4,153.93 |  | 925.00 |  | 14,615.90 |

### Taxable Earnings

|  |  | Retro Period | Rate | Current Period Hours | Amount | Year to Date Hours | Amount |
|---|---|---|---|---|---|---|---|
| 1100 | Regular Pay |  | 17.85 | 40.00 | 714.00 | 829.00 | 14,645.86 |
| 1110 | OT Double Time NRA |  |  |  |  | 31.25 | 551.94 |
| 1111 | OT Half Time |  |  |  |  | 77.50 | 685.03 |
| 1257 | Holiday Pay Hrs |  |  |  |  | 28.00 | 494.80 |
| 1258 | Floating Holiday Pay |  |  |  |  | 24.00 | 422.40 |
| 1261 | Vacation Pay Hrs |  |  |  |  | 160.00 | 2,894.80 |
| Total Taxable Earnings |  |  |  | 40.00 | 714.00 | 1,149.75 | 19,694.83 |

### Post Tax Deductions

|  |  | Retro Period | Current Amount | YTD Amount |
|---|---|---|---|---|
| 2557 | Multi ER Un Hlth After Tx |  | 35.00 | 655.00 |
| 3300 | Union D 135I So IN/Indy |  |  | 270.00 |
| Total Post Tax Deductions |  |  | 35.00 | 925.00 |

### Employee Tax Deductions

|  | Retro Period | Current Period Tax | Tax Gross | Year to Date Tax | Tax Gross |
|---|---|---|---|---|---|
| **Federal** | Federal |  |  |  |  |
| Withholding Tax |  | 53.88 | 714.00 | 1,681.77 | 19,694.83 |
| EE Social Security Tax |  | 44.27 | 714.00 | 1,221.08 | 19,694.83 |
| EE Medicare Tax |  | 10.36 | 714.00 | 285.58 | 19,694.83 |
| **State** | Indiana |  |  |  |  |
| Withholding Tax |  | 23.62 | 714.00 | 653.93 | 19,694.83 |
| **County** | Marion |  |  |  |  |
| Withholding Tax |  | 11.26 | 714.00 | 311.57 | 19,694.83 |
| Total Tax Deductions |  | 143.39 |  | 4,153.93 |  |

### Check/Transfer Information

| Bank Number | Bank Name | Account Number | Payment Method | Check/Direct Dep. No. | Amount |
|---|---|---|---|---|---|
| 074000078 | THE HUNTINGTON NATIONAL BANK | XXXX6162 | Bank transfer | 1140111600030001 | 535.61 |

 **Bottling Group, LLC**
One Pepsi Way
Somers, NY 10589-0000

| Name | : Caperton, Timmie W. |
|---|---|
| Address | : 5115 W. Legrande |
| | Indianapolis IN 46241 |
| Personnel ID | : 11401116 |
| Cost Center | : Z2748100 |
| Payroll Area | : U0 |

| Payroll Area Desc | : Weekly Hourly |
|---|---|
| Payroll Period | : 06/01/2014 to 06/07/2014 |
| Pay Date | : 06/13/2014 |

| Tax Authority | Filing Status | Allowances | Addl Amt |
|---|---|---|---|
| FED | Married | 01 | |
| IN | Married | 01 | |

| | Check Date | Gross Wages | - | Taxes | - | Deductions | = | Net Wages |
|---|---|---|---|---|---|---|---|---|
| Current | 06/13/2014 | 709.54 | | 142.14 | | 35.00 | | 532.40 |
| Year to Date | | 18,980.83 | | 4,010.54 | | 890.00 | | 14,080.29 |

| Taxable Earnings | | | | Current Period | | Year to Date | |
|---|---|---|---|---|---|---|---|
| | | Retro Period | Rate | Hours | Amount | Hours | Amount |
| 1100 | Regular Pay | | 17.85 | 39.75 | 709.54 | 789.00 | 13,931.86 |
| 1110 | OT Double Time NRA | | | | | 31.25 | 551.94 |
| 1111 | OT Half Time | | | | | 77.50 | 685.03 |
| 1257 | Holiday Pay Hrs | | | | | 28.00 | 494.80 |
| 1258 | Floating Holiday Pay | | | | | 24.00 | 422.40 |
| 1261 | Vacation Pay Hrs | | | | | 160.00 | 2,894.80 |
| **Total Taxable Earnings** | | | | 39.75 | 709.54 | 1,109.75 | 18,980.83 |

| Post Tax Deductions | | Retro Period | | | Current Amount | | YTD Amount |
|---|---|---|---|---|---|---|---|
| 2557 | Multi ER Un Hlth After Tx | | | | 35.00 | | 620.00 |
| 3300 | Union D 135I So IN/Indy | | | | | | 270.00 |
| **Total Post Tax Deductions** | | | | | 35.00 | | 890.00 |

| Employee Tax Deductions | Retro Period | Current Period | | Year to Date | |
|---|---|---|---|---|---|
| | | Tax | Tax Gross | Tax | Tax Gross |
| Federal | Federal | | | | |
| Withholding Tax | | 53.21 | 709.54 | 1,627.89 | 18,980.83 |
| EE Social Security Tax | | 43.99 | 709.54 | 1,176.81 | 18,980.83 |
| EE Medicare Tax | | 10.29 | 709.54 | 275.22 | 18,980.83 |
| State | Indiana | | | | |
| Withholding Tax | | 23.47 | 709.54 | 630.31 | 18,980.83 |
| County | Marion | | | | |
| Withholding Tax | | 11.18 | 709.54 | 300.31 | 18,980.83 |
| **Total Tax Deductions** | | 142.14 | | 4,010.54 | |

| Check/Transfer Information | | | | | |
|---|---|---|---|---|---|
| Bank Number | Bank Name | Account Number | Payment Method | Check/Direct Dep. No. | Amount |
| 074000078 | THE HUNTINGTON NATIONAL BANK | XXXX6162 | Bank transfer | 1140111600029001 | 532.40 |



**Bottling Group, LLC**
One Pepsi Way
Somers, NY 10589-0000



| | | |
|---|---|---|
| Name | : | Caperton, Timmie W. |
| Address | : | 5115 W. Legrande |
| | | Indianapolis IN 46241 |
| Personnel ID | : | 11401116 |
| Cost Center | : | Z2748100 |
| Payroll Area | : | U0 |

| | | |
|---|---|---|
| Payroll Area Desc | : | Weekly Hourly |
| Payroll Period | : | 05/25/2014 to 05/31/2014 |
| Pay Date | : | 06/06/2014 |

| Tax Authority | Filing Status | Allowances | Addl Amt |
|---|---|---|---|
| FED | Married | 01 | |
| IN | Married | 01 | |

| | Check Date | Gross Wages | - | Taxes | - | Deductions | = | Net Wages |
|---|---|---|---|---|---|---|---|---|
| Current | 06/06/2014 | 917.09 | | 199.57 | | 80.00 | | 637.52 |
| Year to Date | | 18,271.29 | | 3,868.40 | | 855.00 | | 13,547.89 |

**Taxable Earnings**

| | | Retro Period | Rate | Current Period Hours | Current Period Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|---|
| 1100 | Regular Pay | | 17.85 | 39.50 | 705.08 | 749.25 | 13,222.32 |
| 1111 | OT Half Time | | 8.93 | 7.75 | 69.21 | 77.50 | 685.03 |
| 1257 | Holiday Pay Hrs | | 17.85 | 8.00 | 142.80 | 28.00 | 494.80 |
| 1110 | OT Double Time NRA | | | | | 31.25 | 551.94 |
| 1258 | Floating Holiday Pay | | | | | 24.00 | 422.40 |
| 1261 | Vacation Pay Hrs | | | | | 160.00 | 2,894.80 |
| **Total Taxable Earnings** | | | | 55.25 | 917.09 | 1,070.00 | 18,271.29 |

**Post Tax Deductions**

| | | Retro Period | | | | Current Amount | | YTD Amount |
|---|---|---|---|---|---|---|---|---|
| 2557 | Multi ER Un Hlth After Tx | | | | | 35.00 | | 585.00 |
| 3300 | Union D 135l So IN/Indy | | | | | 45.00 | | 270.00 |
| **Total Post Tax Deductions** | | | | | | 80.00 | | 855.00 |

**Employee Tax Deductions**

| | Retro Period | | Current Period Tax | Current Period Tax Gross | Year to Date Tax | Year to Date Tax Gross |
|---|---|---|---|---|---|---|
| **Federal** | **Federal** | | | | | |
| Withholding Tax | | | 84.34 | 917.09 | 1,574.68 | 18,271.29 |
| EE Social Security Tax | | | 56.86 | 917.09 | 1,132.82 | 18,271.29 |
| EE Medicare Tax | | | 13.29 | 917.09 | 264.93 | 18,271.29 |
| **State** | **Indiana** | | | | | |
| Withholding Tax | | | 30.53 | 917.09 | 606.84 | 18,271.29 |
| **County** | **Marion** | | | | | |
| Withholding Tax | | | 14.55 | 917.09 | 289.13 | 18,271.29 |
| **Total Tax Deductions** | | | 199.57 | | 3,868.40 | |

**Check/Transfer Information**

| Bank Number | Bank Name | Account Number | Payment Method | Check/Direct Dep. No. | Amount |
|---|---|---|---|---|---|
| 074000078 | THE HUNTINGTON NATIONAL BANK | XXXX6162 | Bank transfer | 1140111600028001 | 637.52 |