**SO ORDERED: March 27, 2015.**



_____
**Robyn L. Moberly
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| TIMMIE WAYNE CAPERTON | ) CASE NO. 14-07220-RLM |
| TAMMY ANN CAPERTON | ) |
| | ) |
| DEBTOR(S) | ) |

AMENDED ORDER DIRECTED TO EMPLOYER TO REMIT UNDER WAGE

ASSIGNMENT

The Debtor has filed a plan pursuant to Chapter 13 of the Bankruptcy Code. To facilitate the plan, the Debtor's employer, Pepsi-Cola, needs to make certain deductions from the earnings of the Debtor and pay those deductions to the Trustee. The Court, being duly advised in the premises, now finds that the Employer should be ordered and directed to hold funds from the Debtor's wages and remit them to the Trustee.

IT IS THEREFORE **ORDERED, ADJUDGED AND DECREED** by this Court that Pepsi-Cola, Attn: Payroll, 700 Anderson Hill Rd. Purchase, NY 10577, be and hereby is directed to deduct from the wages of Timmie Wayne Caperton beginning upon receipt of this notice and

to continue thereafter until further order of this Court, the sum of One Hundred and Nine Dollars and Thirty-Nine Cents ($109.39) each pay period (Weekly) and remit the same to:

Robert A. Brothers, Trustee
PO BOX 2405
MEMPHIS, TN 38101-2405.

###