UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| In re: | Case No. 14-07220-RLM-13 |
|---|---|
| Timmie Wayne Caperton<br>Tammy Ann Caperton<br>Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEES' FRBP 2012 REPORT
ACCOUNTING OF PRIOR ADMINISTRATION OF CASE**

Robert A. Brothers, former Trustee for the period from the petition date through March 31, 2015, and John M. Hauber, successor chapter 13 trustee, for the above captioned case, submits the following accounting of the estate pursuant to 11 U.S.C. § 1302(b) and pursuant to Federal Rules of Bankruptcy Procedure 2012(b)(2).

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $1,515.07 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$1,515.07** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $1,411.89 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $83.75 | |
| Other | $2.48 | |
| Secured Creditors | $25.00 | |
| Priority Creditors | $0.00 | |
| General Unsecured Creditors | $0.00 | |
| **Total Disbursements & Expense of Administration:** | | **$1,523.12** |

| | |
|---|---|
| **Balance Transferred to Successor Trustee** | **$0.08** |

Dated: 04/13/2015

/s/ Robert A. Brothers
Chapter 13 Former Trustee
151 N. Delaware Street, Suite 1400
Indianapolis, IN  46204

/s/ John M. Hauber
Chapter 13 Successor Trustee
151 N. Delaware Street, Suite 1400
Indianapolis, IN  46204