SO ORDERED: July 2, 2015.



**Robyn L. Moberly**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| TIMMIE WAYNE CAPERTON and | ) CASE NO. 14-07220-RLM-13 |
| TAMMY ANN CAPERTON, | ) |
| | ) |
| DEBTOR. | |

ORDER ON DEBTOR'S APPLICATION TO EMPLOY SPECIAL COUNSEL

Comes now the debtor, by special counsel, and files his/her Application to Employ Special Counsel;

And the Court, being duly advised in the premises, and after determining that counsel's motion is both in the best interests of the debtor and of all creditors and parties in interest, therefore,

ORDERS, that the following attorney be, and hereby is appointed to represent the debtor in the latter's separate cause of action now pending against a third party or parties, as more specifically noted in said counsel's Application to Employ.

Melissa A. Davidson; Ashley D. Marks; 434 East New York Street; Indianapolis IN 46204

It is further

   ORDERED that upon settlement or receipt of suit proceeds, counsel shall immediately give the Court and the Standing Chapter 13 Trustee written notice of same. And it is further

   ORDERED that counsel shall pay over the settlement funds to the Chapter 13 Trustee.
It is further

   ORDERED that the Chapter 13 Trustee will then immediately file with the court a Motion to Approve Compromise and Settlement and Application for Approval of Compensation/Expense for Special Counsel. And it is further

###