SO ORDERED: December 17, 2015.



Robyn L. Moberly
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| TIMMIE WAYNE CAPERTON and | ) CASE NO. 14-07220-RLM-13 |
| TAMMY ANN CAPERTON, | ) |
| | ) |
| DEBTOR | ) |

**ORDER ON APPLICATION FOR APPROVAL OF COMPENSATION/EXPENSES FOR SPECIAL COUNSEL**

Comes now John M. Hauber, trustee herein, and having filed his Application for Approval of Compensation/Expenses for Special Counsel,

And the Court, being duly advised in the premises, and having extended notice and opportunity for hearing, and after no parties having objected (or having received withdrawal of any submitted objection), the Court is now of the belief that the Trustee's Application can be GRANTED, and it is therefore

ORDERED that the Trustee's Application is approved and the Trustee is authorized to distribute the funds to Special Counsel, Ashley D. Marks according to the schedule outlined in the application as follows: Attorney's Fees (28%) $4,166.67; Reimbursable Expenses $400.00.

###