UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| TIMMIE WAYNE CAPERTON ) | CASE NO.  14-07220-RLM-13 |
| TAMMY ANN CAPERTON ) | |
| ) | |
| DEBTORS. ) | |

## TRUSTEE'S CONDITIONAL OBJECTION TO DEBTOR'S EXEMPTIONS

Comes now John M. Hauber, Trustee herein, and conditionally objects to the amended Schedule C exemptions claimed by the debtors for the reason that the debtors attempts to exempt $12,500.00 in proceeds from a claim for Long Term Disability against Prudential Insurance pursuant to 29 USC §1056(d).  The debtors have not provided sufficient information relating to the source of the recover y in order to determine if the statute cited applies to the recovery.  Thus, the Trustee hereby requests additional documentation relating to the Long Term Disability plan, including but not limited to, type of plan and who purchased the coverage.

The Trustee requests that the matter be set for hearing.

Respectfully submitted,

Date:  __12/23/15_____        __/s/ Marion Miller_____
                                  Marion Miller, 22854-49
                                  Staff Attorney for John M. Hauber, Trustee
                                  151 N. Delaware St., Ste. 1400
                                  Indianapolis, IN  46204
                                  (317)636-1062

CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing Trustee's Objection to Debtor's Exemptions has been duly served upon the following individuals, electronically or by United States mail, first-class postage prepaid, on the 23rd   day of December, 2015:

Timmie and Tammy Caperton                    J. Andrew Sawin

                                  ___/s/ Marion Miller_____