United States Bankruptcy Court
Southern District of Indiana

In re:  
Timmie Wayne Caperton  
Tammy Ann Caperton  
    Debtors

Case No. 14-07220-RLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0756-1　　　User: mlockert　　　Page 1 of 1　　　Date Rcvd: Dec 31, 2015  
　　　　　　　　　　　　Form ID: SF00200　　Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2016.  
db/jdb　　　+Timmie Wayne Caperton,　Tammy Ann Caperton,　5115 W. Legrande Ave., Indianapolis, IN 46241-4626  
sp　　　　　+Ashley D Marks,　Hankey Law Office,　434 E. New York Street,　Indianapolis, IN 46202-3602

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2016　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2015 at the address(es) listed below:  
　　　　J. Andrew Sawin　　on behalf of Joint Debtor Tammy Ann Caperton ecf@sawinlaw.com, sawinecf01@gmail.com;tmedinger@sawinlaw.com;ajones@sawinlaw.com  
　　　　J. Andrew Sawin　　on behalf of Debtor Timmie Wayne Caperton ecf@sawinlaw.com, sawinecf01@gmail.com;tmedinger@sawinlaw.com;ajones@sawinlaw.com  
　　　　James L Shoemaker　　on behalf of Creditor　Nationstar Mortgage LLC bankruptcy@doylelegal.com  
　　　　John Morgan Hauber　　ecfmail@hauber13.com,　ecfmail1@hauber13.com  
　　　　U.S. Trustee　　ustpregion10.in.ecf@usdoj.gov  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 5

UNITED STATES BANKRUPTCY COURT  SF00200 (rev 04/2014)
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

In re:

**Timmie Wayne Caperton**,  Case No. **14–07220–RLM–13**
**Tammy Ann Caperton**,
      Debtors.

## NOTICE OF CONTINUED EVIDENTIARY HEARING

A(n) Motion to Continue Hearing was filed on December 30, 2015, by Trustee John Morgan Hauber. The Court, after reviewing this document, determines that a(n) continued evidentiary hearing is required to evaluate the following matter(s):

    re: Motion to Settle under Fed.R.Bankr.P. 9019 and Objection filed by Debtor(s)

**NOTICE IS GIVEN** that a(n) continued evidentiary hearing will be held as follows:

    Date:  February 22, 2016
    Time:  01:30 PM EST
    Place: Rm. 329 U.S. Courthouse, 46 E. Ohio St., Indianapolis, IN 46204

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any document referenced in this notice can be found at pacer.insb.uscourts.gov or may be requested from the filing party.

Dated:  December 31, 2015                Kevin P. Dempsey
                                                Clerk, U.S. Bankruptcy Court